


windelsmarx.com

**James P. Tracy**
212.237.1180
Jtracy@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

June 7, 2024

> Application **GRANTED**. The initial pretrial conference is **ADJOURNED** from June 26, 2024, to **August 14, 2024, at 3:00 P.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 181 277 040, followed by the pound sign (#). The parties shall file the joint status letter and proposed case management plan by **August 7, 2024**. So Ordered.
>
> */s/ Dale E. Ho*
> Dale E. Ho
> United States District Judge
> Dated: June 10, 2024
> New York, New York

**VIA ECF:**

Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY, 10007

Re:   *Christopher Designs, Inc. v. Henri Daussi, LLC.*
<u>Case No. 1:24-cv-03186</u>

Dear Judge Ho:

This firm represents plaintiff Christopher Designs, LLC ("Plaintiff") in the above-referenced matter. In accordance with Rule II(e) of Your Honor's Individual Rules & Practices, Plaintiff respectfully requests a 45-day adjournment of the initial pretrial conference currently scheduled for June 26, 2024. The parties are currently engaged in settlement discussions, and we request sufficient time to finalize settlement discussions prior to commencing discovery. Plaintiff has not yet served the Complaint, as the parties are trying to resolve the dispute before service. We are actively engaged in negotiations and are hopeful that a resolution can be reached shortly.

This is the first request for an extension in this matter, and it is made with the full consent of the defendant, Henri Daussi, LLC, as confirmed by its counsel.

We thank the Court for its time and consideration.

Very Truly Yours,

*/s/ James Tracy*

James Tracy

{12321984:2}