



windelsmarx.com

**James P. Tracy**
212.237.1180
Jtracy@windelsmarx.com

156 West 56th Street  | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

Application **DENIED WITHOUT PREJUDICE**.  Plaintiff has not complied with this Court's Individual Rules regarding the filing of redacted documents.  Plaintiff is directed to review Rule 6(d)(iii) and re-submit its letter motion and supporting documents.  SO ORDERED.  The Clerk of Court is respectfully directed to terminate ECF No. 32.

**VIA ECF:**

Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY, 10007

DALE E. HO
United States District Judge
Dated: October 18, 2024
New York, New York

Re:    *Christopher Designs, Inc. v. Henri Daussi, LLC.*
       <u>Case No. 1:24-cv-03186</u>

Dear Judge Ho:

This firm represents plaintiff Christopher Designs, LLC ("Plaintiff") in the above-referenced matter. In accordance with Rule 6(d)(iii) of Your Honor's Individual Rules & Practices in Civil Cases and Section 6 of the Electronic Case Filing Rules and Instructions for the United States District Court for the Southern District of New York, Plaintiff respectfully seeks leave to file a redacted version of a declaration in support of a motion for the *pro hac vice* admission of Keith Grady, Esq.

The proposed redaction is limited to paragraph 4 of Mr. Grady's supporting declaration concerning the circumstances of a decades-old criminal conviction, the details of which Mr. Grady would prefer to remain private.  Plaintiff submits that there is no public interest in this information, and thus there would be no harm in allowing the redacted filing.

We have conferred with counsel to defendant Henri Daussi, LLC, who has no objection to the redacted filing.

We thank the Court for its time and consideration.

Very Truly Yours,

James Tracy

{12370412:1}