UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Designs, Inc.,<br><br>                     Plaintiff,<br><br>      v.<br><br>Henri Daussi, LLC,<br><br>                     Defendant. | 24 Civ. 3186 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **June 18, 2025,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **June 25, 2025,** at **11:00 A.M. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**

In their letter, the parties note that they "believe Mediation may be helpful in resolving the case." **By July 2, 2025**, the parties shall file a joint letter indicating whether they are requesting a referral to a Magistrate Judge for mediation or to the District's Mediation Program.

The Court is aware of Defendant's pending motion to dismiss and will adjudicate that motion in due course.

SO ORDERED.

Dated: June 25, 2025
       New York, New York

                                                              DALE E. HO
                                                 United States District Judge