UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| CHRISTOPHER DESIGNS, INC., | : |
| | : |
| Plaintiff, | : Civil Action No.: 24-CV-03186-DEH |
| | : |
| vs. | : |
| | : |
| HENRI DAUSSI, LLC, | : |
| | : |
| Defendant. | : |

------------------------------------x

## JOINT MOTION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT** through undersigned counsel, come Plaintiff, Christopher Designs, Inc., and Defendant, Henri Daussi, LLC., which jointly move this Honorable Court to dismiss, with prejudice, all claims and causes of action in the above captioned lawsuit asserted by Plaintiff, Christopher Designs, Inc. against Defendant, Henri Daussi, LLC, all of which have been amicably compromised and resolved. The Parties respectfully request an order of dismissal of Plaintiff's claims and demands asserted against Defendant, with Prejudice, with each party to bear its own costs.

Dated: New Orleans, Louisiana
      November 19, 2025

**KEAN MILLER LLP**

By:    _/s/ Keith Grady_
       Keith Grady
       Kean Miller LLP
       909 Poydras St. Suite 3600
       New Orleans, Louisiana 70112
       504.620.3186
       keith.grady@keanmiller.com

       *Attorney for Plaintiff Christopher Designs, Inc.*

4934-1997-5803 v1

          AND

          HUNTON ANDREWS KURTH LLP

             /s/ Armin Ghiam
          Armin Ghiam
          Gary Abelev
          200 Park Avenue
          New York, New York 10166
          aghiam@huntonak.com
          gabelev@huntonak.com

          *Attorneys for Defendant Henri Daussi, LLC*

### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record by placing a copy of the same in the United States mail, postage prepaid and properly addressed.

      New Orleans, Louisiana, this 19th day of November, 2025.

                                          /s/ Keith J. Grady
                                          KEITH J. GRADY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice. Each party shall bear its own costs of court and attorney's fees. The Clerk of Court is respectfully directed to close this matter and to terminate ECF No. 58.

SO ORDERED.

Dated: November 20, 2025                              Dale E. Ho
New York, New York                                United States District Judge

4934-1997-5803 v1